UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA PA 19106

July 7, 2015

Daniel A. DeLiberty
The DeLiberty Law Firm
2809 W. Chester Pike
Suite 100
Broomall PA 19008

> RE: James Morton, Jr. v. CCB Credit Services, Inc.
>
> CIVIL ACTION NO.: 15-cv-3296

Dear Mr. DeLiberty:

    A review of the Court's records shows that a pleading has not been made in the above-captioned action in response to the complaint by Defendant CCB Credit Services, Inc..

    If such a pleading is not filed by the above named defendant on or before July 14, 2015 you may file a request with the clerk for entry of a default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

    If the Request for Default is not filed by July 21, 2015 the court may enter an order dismissing the case against the above named defendant(s) for lack of prosecution.

Very Truly Yours,

*Ulrike Hevener*
Ulrike Hevener
Courtroom Deputy to Judge Kearney

CC By E-Mail:   Richard J. Perr